IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:<br><br>ORLANDO JOHN COSTANZO, JR.<br>MICHELE YVONNE COSTANZO<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 12-17723<br><br>JESSICA PRICE SMITH<br>BANKRUPTCY JUDGE<br><br><u>NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD FOR ORLANDO JOHN COSTANZO, JR. AND MICHELE YVONNE COSTANZO</u> |

Now comes Attorney Daniel M. Solar and hereby serves notice of his substitution for Marc E. Dann as counsel of record for Orlando John Costanzo, Jr. and Michele Yvonne Costanzo in this matter during the pendency of Attorney Dann's suspension from the practice of law. See *Disciplinary Counsel v. Dann*, Slip Opinion No. 2012-Ohio-5337. Accordingly, copies of all correspondence, orders, notices, pleadings, and other documents should be sent to the attention of Daniel M. Solar at Doberdruk & Harshman Law Office located at 4600 Prospect Avenue, Cleveland, Ohio 44103.

Respectfully submitted,

/s/ Marc E. Dann
Marc E. Dann (0039425)

/s/ Daniel M. Solar
Daniel M. Solar (0085632)
DOBERDRUK & HARSHMAN LAW OFFICE
4600 Prospect Avenue
Cleveland, Ohio 44103
Telephone: (216)373-0539
Facsimile: (216)373-0536
dsolar@dannlaw.com

Certificate of Service

The undersigned hereby certifies that on November 28th, 2012, a copy of the foregoing was submitted electronically to the Court. Notice of this filing will be sent by operation of the Court`s electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail to his, her or its respective address as indicated by previous filings herein. Parties may access this filing through the Court`s system.

/s/ Daniel M. Solar
Daniel M. Solar (0085632)