# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:   Orlando John Costanzo, Jr.      ) Case No. 12-17723
         Michele Yvonne Costanzo        ) Chapter 13 Proceedings
               Debtors                   ) Judge Jessica E. Price Smith

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

LAUREN A. HELBLING, Chapter 13 Trustee files notice that the amount required to cure the default in the below described claim has been paid in full.

| Claim Information | |
|---|---|
| Creditor: RBS Citizens, N.A. | |
| Proof of Claim number on Bankruptcy Court's registry: | 9 |
| Last 4 digits of number used to identify Debtor's account: | 5695 |

**Trustee Payment Information**

Prepetition Mortgage Arrearage

    Amount Stated in Proof of Claim:   $0.00

    Amount Paid by Trustee:   $0.00

Ongoing Mortgage Payments

   _X_ Paid by the Trustee through the bankruptcy plan
      i. Total paid to date by the Trustee: $56,897.10
      ii. Last mortgage payment was mailed by the Trustee on February 8, 2018
         in the amount of $902.70 for the payment due January 1, 2018

   ___ Paid direct by the Debtor

Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure and/or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.

                                        /S/ Lauren A. Helbling
                                        LAUREN A. HELBLING (#0038934)
                                        Chapter 13 Trustee
                                        200 Public Square, Suite 3860
                                        Cleveland OH 44114-2321
                                        Phone (216) 621-4268     Fax (216) 621-4806
                                        Ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on February 15, 2018, a true and correct copy of this Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Daniel M. Solar, Esq., on behalf of Orlando John Costanzo Jr. & Michele Yvonne Costanzo, Debtors, at dsolar@dannlaw.com

And by regular U.S. mail, postage prepaid, on:

    Orlando John Costanzo, Jr. & Michele Yvonne Costanzo, Debtors, 23050 Esther Avenue, North Olmsted, OH 44070

    RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059

    /S/ Lauren A. Helbling
    LAUREN A. HELBLING (#0038934)
    Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    Ch13trustee@ch13cleve.com

LAH/rlc
02/15/18